1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| TOM QUACH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; and DOES 1–10,<br><br>　　　　Defendants. | Case No. 2:15-CV-09341-ODW (SS)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

　　On January 11, 2017, the parties stipulated to a "Compromise Settlement and

Release" effectively ending this case. (ECF No. 38.) However, no proposed order to dismiss the case has yet been filed with the Court. (*See* ECF No. 39.) As such, the United States is **ORDERED** to **SHOW CAUSE** by **February 22, 2017**, why no proposed order for dismissal has been filed with the Court.

**IT IS SO ORDERED.**

February 15, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**