EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
California State Bar No. 130005
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012-9834
    Telephone: (213)894-2458
    Fax: (213)894-7819
    E-mail: robby.monteleone@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JS-6

| | |
|---|---|
| TOM QUACH,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 15-09341-ODW (SSx)<br><br>[PROPOSED]<br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>The Honorable Otis D. Wright, II |

The parties, having filed separate the Stipulation for Compromise Settlement and Release as to the Plaintiff, Tom Quach,

IT IS HEREBY ORDERED:

1. The Stipulation of the parties hereto are accepted by the Court;
2. Plaintiff's actions are dismissed with prejudice in its entirety; and
3. Each party shall bear their own fees, costs, and expenses.

DATED: February __15__, 2017

*[signature]*

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division

  /s/ *Robyn-Marie Lyon Monteleone*
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

Attorneys for Defendant
United States of America